## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and<br>ING DIRECT BANCORP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| THE PNC FINANCIAL SERVICES GROUP, INC.,<br>PNC BANK, NATIONAL ASSOCIATION and PNC<br>BANK, DELAWARE | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiffs ING Bank, fsb (d/b/a ING DIRECT) and ING DIRECT Bancorp, by their attorneys, Connolly Bove Lodge & Hutz LLP, for their complaint against defendants THE PNC FINANCIAL SERVICES GROUP and PNC BANK, NATIONAL ASSOCIATION and PNC BANK DELAWARE allege as follows:

### NATURE OF THE ACTION

1.    This is a civil action for: (i) trademark infringement arising under Section 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. § 1051 *et seq*.; (ii) use of false designations of origin in commerce, arising under Section 43(a) of the Lanham Act of 1946, as amended, 15 U.S.C. § 1125(a); (iii) false advertisement arising under Section 43(a) of the Lanham Act of 1946, as amended, 15 U.S.C. § 1125(a); (iv) unfair competition under Section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a); (v) trademark dilution arising under Section 43(c) of the Lanham Act of 1946, as amended, 15 U.S.C. § 1125(c); (vi) the likelihood of injury to business reputation or of dilution of the distinctive quality of a mark or trade name valid at common law under the Delaware Trademark Act, 6 *Del. C.* § 3313; (vii) statutory unfair

competition under the Delaware Uniform Deceptive Trade Practices Act, 6 *Del. C.* § 2531 *et seq.*; (viii) common law unfair competition under the common law of the State of Delaware; and (ix) unjust enrichment under the common law of the State of Delaware.

## JURISDICTION AND VENUE

2.    This Court has original jurisdiction over the claims arising under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.  This Court has supplemental jurisdiction over the claims arising under the law of the State of Delaware pursuant to 28 U.S.C. § 1367.

3.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

## PARTIES

4.    Plaintiff ING Bank, fsb is an FDIC-insured federally chartered savings bank doing business as ING DIRECT, regulated by the Office of Thrift Supervision, and headquartered at 1 South Orange Street, Wilmington, Delaware 19801.  ING Bank, fsb is the exclusive licensee in the United States of the famous  "Orange Ball Design Mark" (defined below) for banking services, banking services offered over a computer network, savings account services, mortgage banking, home equity loans, and related products and services.

5.    Plaintiff ING DIRECT Bancorp is a Delaware corporation with its principal place of business at 1 South Orange Street, Wilmington, Delaware 19801.  ING DIRECT Bancorp is the owner of the  famous "Orange Ball Design Mark" for banking services, banking services offered over a computer network, savings account services, mortgage banking, home equity loans, and related products and services.  For purposes of this Complaint, ING Bank, fsb and ING DIRECT Bancorp will be referred to collectively and individually as "ING DIRECT" or "Plaintiffs."

6.     Defendant The PNC Financial Services Group, Inc. ("PNC Financial") is, upon information and belief, a corporation of Pennsylvania headquartered at One PNC Plaza, 249 Fifth Avenue, Pittsburgh, Pennsylvania, 15222-2707.   Upon information and belief, PNC Financial is a holding company and it provides investment and wealth management services, fiduciary services and FDIC-insured banking products and lending and borrowing of funds through its subsidiaries, PNC Bank, National Association and PNC Bank, Delaware.  Through its subsidiaries, PNC Financial delivers many products and services nationally and other products and services are provided in its primary geographic markets, including Delaware.  PNC Bank, National Association, is a national banking institution organized and existing under the laws of the United States.   PNC Financial is registered to do business in Delaware.  PNC Bank, Delaware, a subsidiary of PNC Financial is also registered to do business in Delaware.  PNC Financial boasts that it serves 2.9 million consumer and small business customers, and that it has had consolidated assets of $138.9 billion and deposits of $82.9 billion.  PNC Financial, by itself and/or through its subsidiaries, hosts transactional (not merely informational) Internet websites such as www.pnc.com and www.pncvirtualwallet.com that enable the citizens of the 50 states, including Delaware, to open, transact, and use a variety of banking services and products.

7.     Defendant PNC Bank, National Association, is, upon information and belief, a subsidiary of PNC Financial having an address of 249 Fifth Avenue, Pittsburgh, Pennsylvania, 15222.

8.     Defendant PNC Bank, Delaware, is, upon information and belief, a subsidiary of PNC Financial having an address at 222 Delaware Avenue, Wilmington, Delaware, 19801.  For purposes of this Complaint, PNC Financial, PNC Bank, National Association, and PNC Bank, Delaware, will be referred to collectively as "PNC" or "Defendants."

9.    Upon information and belief, PNC does business in part as "PNC Bank," and is the owner of and is responsible for the websites www.pnc.com, www.pncvirtualwallet.com and, www.virtualwallet.com, among others.  Through these websites, and others, PNC, and each of them, deliver products and provide services directly to consumers and through business partners in all 50 states, and consumers make deposits to and withdrawals from their PNC accounts from all 50 states, including Delaware.  In connection with its business, upon information and belief, PNC transacts business, and enters into contracts to supply services and/or products in Delaware, with Delaware companies and citizens.

## FACTS

### ING DIRECT and the Famous Orange Ball Design Mark

10.    ING DIRECT's ultimate parent, ING Groep N.V. ("ING Groep"), a global financial services company of Dutch origin and located in the Netherlands, was founded in 1991 by a merger between Nationale-Nederlanden and NMB Postbank Group.  The ING family of companies has more than 150 years of experience in the financial services industry.  During the past 16 years, ING Groep and the affiliated ING companies, including ING DIRECT, (collectively, the "ING Companies")  have become a significant multinational financial group with very diverse international activities.  The ING companies provide a wide array of banking, insurance, and asset management services in over 50 countries.  The ING companies' 120,000-plus employees work daily to satisfy a broad customer base: individuals, families, small businesses, large corporations, institutions, and governments.  Based on market capitalization, the ING Companies comprise one of the 20 largest financial institutions worldwide.

11.    ING DIRECT, along with the other Internet banking arms of the ING companies, is one of the world's largest online banking operations, boasting more than 21 million customers

in nine countries. ING DIRECT is the second largest savings bank in the United States, and the largest Internet bank, with more than $80 billion in assets, delivering superior savings and mortgage services to over 4 million customers. ING DIRECT has been providing direct online banking services in the United States for many years and has become the market leader and most recognized provider of direct banking services.

12.    ING DIRECT has devoted significant advertising resources and creative energies towards the ING name and other trademarks associated with ING DIRECT. The ING name is known worldwide and is widely recognized by the consuming public as a designation of source and has been ranked in Business Week's "Top 100 Global Brands Scoreboard" for the past several years.

13.    ING DIRECT began use in the United States of the orange ball design trademark illustrated in Exhibit A hereto (the "Orange Ball Design Mark") in or about 2000. ING DIRECT concurrently began use of the color orange in other ways to signify the services and products of ING DIRECT. By way of example, as part of its use of the color orange to signify its goods and services, ING DIRECT used the color orange as the predominant color of its website, used the color orange as the predominant color of its physical banking locations, used the color orange in connection with the advertising of its ubiquitous Orange Ball Design Mark, and used the color orange as the name of its most successful account type, the Orange Savings Account$^{TM}$. ING DIRECT has devoted significant marketing, advertising, and financial resources in developing and establishing in the minds of consumers that the Orange Ball Design Mark signifies ING DIRECT and its products and services. As a result of these efforts (detailed in part below), the Orange Ball Design Mark has become known worldwide and is widely recognized by the

consuming public as a famous designation of source for ING DIRECT and its banking and financial related products and services.

14.     ING DIRECT's attention to customer care, and its easy-to-use, high-value products and services, are evident in the Orange Savings Account$^{TM}$ and other banking products offered by ING DIRECT to consumers. The use of the Orange Ball Design Mark identifies programs and marketing and promotional materials as coming from ING DIRECT. ING DIRECT prides itself on its high-quality products that it provides to consumers, enabling customers to save more and pay fewer bank fees compared to "traditional" banks, and through this philosophy, the promotion of its products, and its unique approach to banking, it has developed customer loyalty and a strong brand identity.

15.     ING DIRECT spends tens of millions of dollars each year in advertising and promoting its products and services using the Orange Ball Design Mark through various media, including television, radio, magazines, Internet, and product displays. As a part of this extensive advertising, ING DIRECT promotes its products and services prominently using the color orange and the Orange Ball Design Mark in virtually all of its advertising campaigns and marketing materials. Such advertisements and materials typically feature the color orange in a myriad of ways, including non-traditional, eye-catching uses of the color orange which reinforce the association of the Orange Ball Design Mark with ING DIRECT. As a specific example of the prominent use of the color orange and the Orange Ball Design Mark, ING DIRECT provides café locations where customers can purchase coffee, surf the Internet (free of charge) and obtain product information, all in a unique setting that features a noticeably orange décor, and prominently showcases the Orange Ball Design Mark and other orange elements.

16.     ING DIRECT maintains its Internet website at www.ingdirect.com, through which the color orange is prominently depicted and the Orange Ball Design Mark is further promoted to consumers, as well as the banking and finance industries. A copy of the home page of this website, depicting the Orange Ball Design Mark, is attached hereto as Exhibit A. Through the ING DIRECT website, consumers can also purchase a variety of clothing items, bags, and other products, virtually all of which have the color orange appearing on the product.

17.     Because of its prominence in the Internet banking industry, ING DIRECT is the subject of regular attention and comment by the concerned press and media. The company has been featured in leading national and international financial publications, such as *Business Week*, *Forbes*, *The American Banker*, and *U.S. News & World Report*.

18.     The extensive advertising and promotion of ING DIRECT's Orange Ball Design Mark, combined with the high value products and services offered by ING DIRECT and the company's great commercial success, have resulted in the Orange Ball Design Mark acquiring tremendous goodwill and secondary meaning among the consuming public. The Orange Ball Design Mark is one of the most well-known financial industry marks in the world, and is also well known to the general consuming public, and the Orange Ball Design Mark is thus famous and highly distinctive.

19.     In addition to common law rights in the Orange Ball Design Mark, Plaintiffs are the owners and/or authorized users of the following United States federal trademark registrations:

> U.S. Registration No. 3,068,848 for the Orange Ball Design Design Mark, for: credit card services; banking services; banking services offered over a global computer network; mutual fund services; mortgage lending and brokerage services; mortgage banking; mortgage loans, home equity loans; savings account services; securities brokerage services. A copy of the registration is attached at Exhibit B. The application that matured into U.S. Registration No. 3,068,848 was

filed November 8, 2000, claims use of the Orange Ball Design Design Mark since at least as early as September 2000, and the registration issued on March 14, 2006.

U.S. Registration No. 3,356,853 for the Orange Ball Design  Design Mark, for: financial services, namely, financial planning, financial information provided by electronic means, electronic processing and transmission of bill payment data, debit and stored value card and electronic transaction services, loan financing services.  A copy of the registration is attached at Exhibit C.  The application that matured into U.S. Registration No. 3,356,853 was filed November 8, 2000, claims use of the Orange Ball Design Design Mark since at least as early as December 2006, and the registration issued on December 18, 2007.

U.S. Registration No. 3,362,892 for the Orange Ball Design  Design Mark, for: backpacks, umbrellas; and headwear and clothing, namely, t-shirts, dress shirts; button down shirts, polo shirts, rugby shirts, sweatshirts, sweatpants, cotton pants, fleece jackets, vests, jackets, ski jackets, ball caps, visors, bucket hats, ski caps, scarves, earmuffs, pajamas.  A copy of the registration is attached at Exhibit D.  The application that matured into U.S. Registration No. 3,362,892 was filed March 20, 2002, claims use of the Orange Ball Design Design Mark since at least as early as 2005, and the registration issued on January 1, 2008.

### Defendants' Activities Resulting In, *Inter Alia*, Trademark Infringement, Trademark Dilution, and Unfair Competition

20.     PNC operates nationally and provides banking, lending and financial services.

21.     Upon information and belief, PNC has recently decided to expand its services to offer direct online banking, and has and intends to offer its services under one or more orange ball designs.  PNC will compete, or is competing, directly with ING DIRECT, the market leader in direct online banking.

22.     In order to compete with ING DIRECT, PNC embarked on an advertising and promotional campaign that prominently uses the color orange, including several designs that feature an orange ball, thereby improperly using and trading, and intending to use and trade, upon the Orange Ball Design Mark and the color orange utilized by ING DIRECT.

23.     On the website www.pncvirtualwallet.com, which, upon information and belief, is available worldwide through the Internet, PNC uses the Orange Ball Design Mark, or

confusingly similar variations thereof, in connection with online banking and financial services without authorization from Plaintiffs or any other authorized entity.  Printouts of pages from the website are attached hereto as Exhibit E.  A significant segment of the website pages prominently utilize the color orange and orange ball designs that are confusingly similar to ING DIRECT's Orange Ball Design Mark, and suggest an association with ING DIRECT.  The Orange Ball Design Mark is federally registered and famous, and the express and implied reference to and invocation of the Orange Ball Design Mark, and prominent use of the color orange was done with knowledge of ING DIRECT's rights in the Orange Ball Design Mark.

24.    PNC's expansion into online banking is expected to attract younger customers, among others, as described in an article from Netbanker discussing the July 14, 2008, launch of a new online account from PNC called "Virtual Wallet."  A copy of this article is attached at Exhibit F.  The Virtual Wallet program is described at www.pncvirtualwallet.com.  This expansion is also expected to appeal to other retail banking customers and those looking for online banking services.  The PNC expansion targets the same customers that comprise ING DIRECT's potential customer base.

25.    The www.pncvirtualwallet.com website prominently features ten (10) orange ball designs that are placed in motion and can be clicked by the consumer to learn information about features of the Virtual Wallet program.  After a consumer clicks on the orange balls on the www.pncvirtualwallet.com website page, the orange balls move, with the appearance of the orange ball designs being altered in some uses.

26.    The advertisement for PNC's Virtual Wallet program depicted in Exhibit F prominently shows orange ball designs that are confusingly similar to the famous Orange Ball Design Mark.  The orange ball design has been advertised by PNC as a stand-alone display in

bank branches, as depicted in Exhibit G. Prospective customers viewing the advertisements depicted at Exhibits F and G, upon information and belief, would be deceived by the advertisement and are likely to believe they are viewing an ING DIRECT advertisement, or that the advertisement is related to or associated with products or services from ING DIRECT. The Orange Ball Design Mark, or a confusingly similar variation thereof, is used by Defendants in a manner calculated to capture initial consumer attention, thus the advertisement creates or has the capacity to create initial interest confusion. .

27.    PNC Financial has filed trademark applications for nine (9) of the ten (10) individual orange ball designs displayed on the www.pncvirtualwallet.com website and depicted in Exhibit F. Each of the ten (10) orange ball designs depicted on the website (collectively, "PNC ball designs"), including the nine (9) depicted in each trademark application is confusingly similar to the Orange Ball Design Mark, and suggests the products offered under any of the PNC ball designs are affiliated with or associated with ING DIRECT. Each individual PNC ball design is a similar shade of orange to that of ING DIRECT's Orange Ball Design Mark and the color orange prominently utilized by ING DIRECT, and consists of an orange ball that is highlighted and shaded similarly to ING DIRECT's Orange Ball Design Mark and the color orange prominently utilized by ING DIRECT. The trademark applications for the PNC ball designs were filed on June 19, 2008 and June 20, 2008 based on PNC Financial's intent to use the PNC ball designs in the future. Copies of the nine (9) trademark applications are attached at Exhibit H. The trademark applications for the PNC ball designs identify the services as "financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts," in class 36, the same class in which the

Orange Ball Design Mark of U.S. Registration No. 3,068,848 is registered. ING DIRECT's use of the Orange Ball Design Mark precedes the use of any of the PNC ball designs or the filing dates of any of the applications for the PNC ball designs.

28.    Upon information and belief, PNC, on its website, on signage, in advertisements, and in other media, recently modified its circular house mark design (i.e., the stylized triangle inside a circular shape, as defined below) from appearing in blue, to appearing in orange. In or about 2008, upon information and belief, PNC, on its website, on signage, advertisements, and in other media, yet again modified its circular house mark design – this time, the design changed from an orange circle to an orange ball. PNC's new house mark design (i.e., the stylized triange inside an orange circle or an orange ball) ("the PNC new house mark design") is in current, active and extensive use by PNC, including on virtually every page of its website, its brochures, its advertisements, on the face of its credit cards, and its banks. PNC's new house mark design is depicted in Exhibits I and J. The PNC new house mark design is being used by PNC in connection with PNC's banking and financial servies, which directly compete with those services offered by ING, and represents an encroachment on ING DIRECT's famous Orange Ball Design Mark and its rights therein. The PNC new house mark design resembles, and is confusingly similar to, the Orange Ball Design Mark, and suggests an affiliation or association with ING DIRECT. Plaintiffs' use and registration of the Orange Ball Design Mark precedes PNC's use of the PNC new house mark design and the PNC ball design, as well as its prominent use of the color orange, and its use of an orange ball.

29.    Defendants' use and intended use of the PNC ball design and the PNC new house mark design are confusingly similar to ING DIRECT's famous Orange Ball Design Mark. Defendants' uses are nearly identical and convey the same commercial impression as the Orange

Ball Design Mark, especially because they are used by defendants in advertising and promotional materials in the banking industry, the same industry in which Plaintiffs operate.

30.    Defendants' use and intended use of the PNC ball design and the PNC new house mark design mars the Orange Ball Design Mark by adding an interior design element. This use by Defendants is likely to cause confusion or to suggest an association with connection with Plaintiffs and the famous Orange Ball Design Mark. This use also mars the presentation of the Orange Ball Design mark and harms the image associated therewith.

31.    Defendants' confusingly similar and deceptive use of the PNC ball design, the PNC new house mark design and/or the color orange enable PNC to compete directly and unfairly with the products and services offered by Plaintiffs under the Orange Ball Design Mark. Defendants are using and intend to use the color orange and the Orange Ball Design Mark, and variations thereof, for the same type of financial and banking services offered to the same classes of consumers as the products and target customers for Plaintiffs' products.

32.    Defendants' use of the color orange and/or one or more designations which closely resemble and are confusingly similar to the Orange Ball Design Mark in connection with financial and banking products and services are likely to cause confusion as to the source and origin of PNC's products and services and are likely to cause confusion, or to cause mistake, or to deceive the public and the trade as to the source or sponsorship of PNC's products and services and to falsely suggest a connection with Plaintiffs, and mislead the public into believing that PNC's products and services emanate from, are approved or sponsored by, or are in some way associated or connected with Plaintiffs.

33.    Defendants' use of the color orange and/or one or more designations which closely resemble and are confusingly similar to the Orange Ball Design Mark in connection with

financial and banking products in advertisements falsely conveys that Plaintiffs are affiliated with PNC or otherwise misrepresents the nature, characteristics, and qualities of PNC's products, services, and commercial activities. The website pages, and other uses by PNC of the PNC new house mark design, upon information and belief, actually and materially deceived or have the capacity to materially deceive a substantial segment of the audience.

34.    Prospective customers looking for Plaintiffs and encountering a PNC Ball Design, the PNC new house mark design, and/or PNC's prominent use of the color orange, are likely to be confused or deceived as to the source of the goods/services and sales of Plaintiffs' products could thus be diverted to PNC.

35.    Defendants' infringing activity as described above weakens the unique association which has heretofore existed between the Orange Ball Design Mark and ING DIRECT products, thereby lessening the capacity of the Plaintiffs' trademarks to identify and distinguish their goods and services. Defendants' unauthorized activity is likely to dilute the distinctive quality of the famous Orange Ball Design Mark and is likely to injure the goodwill Plaintiffs have in the Orange Ball Design Mark, and weaken the fame and uniqueness of the Orange Ball Design Mark.

36.    Upon information and belief, Defendants' adoption and use of the infringing PNC ball designs or use of marks that closely resemble and are confusingly similar to the Orange Ball Design Mark represents a deliberate attempt to trade unlawfully upon the goodwill associated with the Orange Ball Design Mark.

37.    Defendants' activities as described herein have and will cause Plaintiffs irreparable harm and significant injury.

## COUNT I -- INFRINGEMENT OF REGISTERED TRADEMARKS

38.    Plaintiffs repeat and reallege each and every allegation set forth in paragraphs 1 through 37 above as if fully set forth herein.

39.    Defendants' activities as described above constitute infringement of ING DIRECT's Orange Ball Design Mark in violation of Section 32(1) of the Lanham Act of 1946, as amended (15 U.S.C. § 1114(1)).

## COUNT II -- FALSE DESIGNATION OF ORIGIN

40.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 39 above as if fully set forth herein.

41.    Defendants' activities as described above constitute the use of false designations of origin in commerce, in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

## COUNT III -- FALSE ADVERTISING

42.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 41 above as if fully set forth herein.

43.    Defendants' activities as described above constitute false advertising in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

## COUNT IV -- UNFAIR COMPETITION

44.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 43 above as if fully set forth herein.

45.    Defendants' activities as described above constitute unfair competition in violation of Section 43(a) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(a)).

### COUNT V -- FEDERAL TRADEMARK DILUTION

46.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 45 above as if fully set forth herein.

47.    The Orange Ball Design Mark is distinctive and famous, and has come to be widely recognized among the consuming public as a designation of source, and has enjoyed such distinction and fame since long before the time Defendants commenced use of the PNC ball design or the PNC new house mark design.

48.    Defendants' activities as described above constitute dilution of the distinctive quality of the famous Orange Ball Design Mark, in violation of Section 43(c) of the Lanham Act of 1946, as amended (15 U.S.C. § 1125(c)).

### COUNT VI -- TRADEMARK DILUTION AND INJURY TO BUSINESS REPUTATION UNDER THE DELAWARE TRADEMARK ACT, 6 *DEL. C.* § 3313

49.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 48 above as if fully set forth herein.

50.    The Orange Ball Design Mark is distinctive and famous, and has enjoyed such distinction and fame since long before the time Defendants commenced use of the PNC ball design or the PNC new house mark design.

51.    Defendants' activities as described above constitute injury to Plaintiffs' business reputation and dilution of the distinctive quality of the famous Orange Ball Design Mark, in violation of the Delaware Trademark Act, 6 *Del. C.* § 3313.

### COUNT VII -- UNFAIR COMPETITION UNDER THE DELAWARE UNIFORM DECEPTIVE TRADE PRACTICES ACT, 6 *DEL. C.* § 2531 *ET SEQ.*

52.    Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 51 above as if fully set forth herein.

53.     Defendants' activities as described above constitute unfair competition and deceptive trade practices under the Delaware Uniform Deceptive Trade Practices Act, 6 *Del. C.* § 2531 *et seq.*

### COUNT VIII -- COMMON LAW UNFAIR COMPETITION

54.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 53 above as if fully set forth herein.

55.     Defendants' activities as described above constitute unfair competition under the common law of the State of Delaware.

### COUNT IX -- COMMON LAW UNJUST ENRICHMENT

56.     Plaintiffs repeat and reallege each of the allegations set forth in paragraphs 1 through 55 above as if fully set forth herein.

57.     Benefits have been conferred upon Defendants by Defendants' unauthorized use of Plaintiffs' Orange Ball Design Marks, and variations thereof, as well as prominent use of the color orange.

58.     Defendants have appreciated, accepted, and retained these benefits.

59.     It is inequitable for Defendants to retain these benefits without the payment of value to Plaintiffs.

60.     Defendants have been unjustly enriched at the expense of Plaintiffs.

61.     Defendants' activities as described above constitute unjust enrichment under the common law of the State of Delaware.

WHEREFORE, Plaintiffs demand judgment against Defendants as follows:

1.      That Defendants, their agents, servants, representatives, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of the injunctive order, be enjoined, preliminarily and permanently from:

        (a)     Using the Orange Ball Design Mark or any other mark, symbol or device that is confusingly similar to the Orange Ball Design Mark in connection with marketing, sale, offering for sale, advertisement, or promotion of banking or financial products or services;

        (b)     Committing any other act calculated or likely to cause the public to believe that defendant PNC is in any manner connected, affiliated or associated with Plaintiffs or from otherwise competing unfairly with Plaintiffs; and

        (c)     Prominently using the color orange in any manner that is confusingly similar to the Orange Ball Design Mark, or is likely to dilute the distinctive quality of the famous Orange Ball Design Mark, including ordering the abandonment or cancellation of any of Defendants' trademark applications or registrations that are confusingly similar to the Orange Ball Design Mark, as appropriate, including the applications at Exhibit G.

2.      Pursuant to 15 U.S.C. § 1118, that Defendants deliver to Plaintiffs for destruction all material (including, without limitation, all advertisements, promotional materials, and brochures), within its possession, custody or control, either directly or indirectly, that bears the Orange Ball Design Mark or any other designation, symbol or device that is confusingly similar to the Orange Ball Design Mark.

3.      Pursuant to 15 U.S.C. § 1116(a), that Defendants be directed to file with the Court and serve upon Plaintiffs, within thirty (30) days after entry of the injunctive order, a report in

writing and under oath setting forth in detail the manner and form by which it has complied with the provisions set forth in paragraphs 1, and 2 above.

    4.    Pursuant to 15 U.S.C. § 1117(a) and the common law, that Defendants be directed to account to Plaintiffs for all gains, profits, and advantages derived from Defendants' wrongful acts.

    5.    Pursuant to 15 U.S.C. § 1117(a) and 6 *Del. C.* § 2533(c), that Plaintiffs recover from Defendants the greater of three times the amount of Defendants' profits or any damages sustained by Plaintiffs, together with interest on such amount and the costs of this action.

    6.    Pursuant to 15 U.S.C. § 1117(a) and 6 *Del. C.* § 2533(b), that the Court determine that the case is exceptional and that Plaintiffs recover from Defendants their attorneys' fees and the costs of this civil action.

    7.    That Plaintiffs be awarded such other and further relief as the Court deems equitable, just, and proper.

## DEMAND FOR JURY

Plaintiffs request that all issues triable by a jury be so tried in this case.

/s/ Francis DiGiovanni
_____
Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

Of Counsel:

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue, Ste. 2300
Los Angeles, CA  90071
(213) 787-2510
smiller@cblh.com

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, NW, Ste. 1100
Washington, DC  20006
(202) 331-7111
jfraser@cblh.com

*Attorneys for Plaintiffs*

Dated:  August 13, 2008

# EXHIBIT
# A



# Save Your Money

## shareBUILDER
Buy stocks for 4 bucks?

➡ Yep. Learn more

## THE ORANGE MORTGAGE
Low rates & low closing costs

➡ Get the low down

## electric orange
High interest checking

➡ Check it out

ING DIRECT
Save Your Money®

View my account

Open an account

Learn more

ING DIRECT Worldwide  |  Join Our Team  |  Cards  |  The Shop



MEMBER
FDIC

# EXHIBIT
# B

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

## United States Patent and Trademark Office

Reg. No. 3,068,848
Registered Mar. 14, 2006

### SERVICE MARK
### PRINCIPAL REGISTER



ING USA HOLDING CORPORATION (DELA-
WARE CORPORATION)
1 SOUTH ORANGE STREET
WILMINGTON, DE 19801

FOR: CREDIT CARD SERVICES; BANKING SER-
VICES; BANKING SERVICES OFFERED OVER A
GLOBAL COMPUTER NETWORK; MUTUAL
FUND SERVICES; MORTGAGE LENDING AND
BROKERAGE SERVICES; MORTGAGE BANKING;
MORTGAGE LOANS, HOME EQUITY LOANS; SAV-
INGS ACCOUNT SERVICES; SECURITIES

BROKERAGE SERVICES, IN CLASS 36 (U.S. CLS.
100, 101 AND 102).

FIRST USE 9-0-2000; IN COMMERCE 9-0-2000.

THE MARK CONSISTS OF AN ORANGE CO-
LORED BALL DESIGN. COLOR IS CLAIMED AS A
FEATURE OF THE MARK.

SN 76-977,858, FILED 11-8-2000.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT
# C

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,356,853
Registered Dec. 18, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



ING DIRECT BANCORP (DELAWARE COR-
PORATION)
802 DELAWARE AVENUE
WILMINGTON, DE 19805

FOR: FINANCIAL SERVICES, NAMELY, FINAN-
CIAL PLANNING, FINANCIAL INFORMATION
PROVIDED BY ELECTRONIC MEANS, ELECTRO-
NIC PROCESSING AND TRANSMISSION OF BILL
PAYMENT DATA, DEBIT AND STORED VALUE
CARD AND ELECTRONIC TRANSACTION SERVI-
CES, LOAN FINANCING SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2006; IN COMMERCE 12-0-2006.

THE COLOR(S) ORANGE IS/ARE CLAIMED AS A
FEATURE OF THE MARK.

THE MARK CONSISTS OF AN ORANGE CO-
LORED BALL DESIGN.

SN 76-978,675, FILED 11-8-2000.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT
# D

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39, and 41

**United States Patent and Trademark Office**

Reg. No. 3,362,892

Registered Jan. 1, 2008

## TRADEMARK
### PRINCIPAL REGISTER



ING DIRECT BANCORP (DELAWARE COR-
PORATION)
802 DELAWARE AVENUE
WILMINGTON, DE 19805

FOR: BACKPACKS, UMBRELLAS, IN CLASS 18
(U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-2005; IN COMMERCE 0-0-2005.

FOR: HEADWEAR AND CLOTHING, NAMELY,
T-SHIRTS, DRESS SHIRTS, BUTTON DOWN
SHIRTS, POLO SHIRTS, RUGBY SHIRTS, SWEAT-
SHIRTS, SWEATPANTS, COTTON PANTS, FLEECE
JACKETS, VESTS, JACKETS, SKI JACKETS, BALL

CAPS, VISORS, BUCKET HATS, SKI CAPS,
SCARVES, EARMUFFS, PAJAMAS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0-0-2005; IN COMMERCE 0-0-2005.

THE MARK CONSISTS OF AN ORANGE CO-
LORED BALL DESIGN. COLOR IS CLAIMED AS A
FEATURE OF THE MARK. THE COLOR ORANGE
IS CLAIMED AS A FEATURE OF THE MARK.

SN 76-978,683, FILED 3-20-2002.

JAMES A. RAUEN, EXAMINING ATTORNEY

# EXHIBIT
# E



# VirtualWallet
## by PNC LEADING THE WAY

**Virtual Wallet Sign On**

User ID:

**SIGN ON**

› Forgot Your User ID or Password?

Have Virtual Wallet? Sign On Here ↑
Have a question about Virtual Wallet?
Call us at 1-800-352-2255.

## TAKING BANKING TO A WHOLE NEW LEVEL.

### 3 Accounts. No Service Charge.* No Minimum Balance.

We hit the streets, talked to people like you. And got the candid feedback we needed to create Virtual Wallet - the one of a kind tool, developed to help keep your financial world in order. Because, after all, it is your money.

So come on in and see what people had to say...and see what it's like to have a high definition view of your money.

**COME ON IN ›**







virtualWallet
by PNC LEADING THE WAY

Go Back Home

Previous
SAVINGS ENGINE

Next

RECENT TRANSACTIONS

Punch the Pig

Punch the pig and punch up your savings. Every time you see the piggy bank, punch it (by clicking your mouse), and you'll transfer some cash into your high-yield Growth account. Disclaimer: No pigs were harmed in the making of Virtual Wallet.

EXPLORE PUNCH THE PIG ►

Explore Features    FAQ    Account Details    How to Apply

Tell A Friend · Contact Us · Terms & Conditions · ATM/Branch Locator · Site Map · PNC Security Assurance




PNC
LEADING THE WAY

# EXHIBIT
# F



RSS Subscribe | your email address

About | Topics | Archives | Advertise | Contact

SEARCH SITE

Main

Spons·

# PNC Bank Archives

## PNC Bank Takes on Mint & Quicken with PNC Virtual Wallet

By Jim Bruene on July 14, 2008 6:53 PM | 6 Comments

Just when you though, Mint, Wesabe, and Geezeo had a lock on all the headlines for Gen Y personal finance, along comes a truly inspired effort from a major U.S. retail bank. Furthermore, it's not from Wells Fargo, Bank of America, Chase, or even ING Direct.



Pittsburgh, PA-based PNC Bank, the 15th-largest U.S. retail bank with $83 billion in deposits (*see note 1*), today launched a new online combo account called *PNC Virtual Wallet*.

The account comes with a checking account, bill payment, and two types of savings accounts. It also features several unique personal financial management features with an emphasis on functions most likely to appeal to a 20-something audience:

- **Cash flow**: debit card, checking, online bill pay, financial calendar, recent transaction report
- **Savings**: two types of savings account, automated savings options, wish list, and a random video-game-inspired savings tool called "punch the pig" (*see below*)

Finally, the account is priced well:

- No fees (*except $0.50 per written check after the first 3 per month and the usual penalty fees*)
- Free overdraft protection between the linked accounts
- 3% APY on the growth savings component
- ATM-free rebate (*but only if there's a $2000 average monthly balance in the checking account portion*)

### What's innovative? (note 2)

- Package of three deposit accounts: *Spend Account* (*e.g. checking*), *Reserve Account* (*e.g. savings*) and *Growth Account* (*e.g. high-yield savings or money market deposit account*)
- Ability to move money between the three accounts by moving a slider across the screen, called the *Money Bar*
- Automated savings function called *Savings Engine* that allows users to set up time-



SYBASE.
BECAUSE THE BE$

Get a free TowerGrou
*Business Drivers in 2d*

24 companie
Each with 7
No fluff. N
Just pure in
See the future
and banking
Save $200 thr

Finovat
Oct 14th  2008 ·

Sponsore·

EVENTS

- Finovate 2008: On Finovate will retur the newest innovat technology from cc Very early-bird tick 7/31!
- Did you miss Finov: Check out the vide

RESEARCH

- NEW! New Models Auctions, personal

triggered (*eg. once per week*) or event-triggered (*eg. each debit card use*) automatic savings transfers

- Savings game called *Punch the Pig*, a video-game inspired savings gimmick: each time the pig appears on screen, users can elect to "punch" it to automatically move money from checking to savings
- *Wish List* with savings goals and progress reports

## What can be improved?

Four areas that are noticeably absent, or at least not mentioned:

- **Mobile functionality**, especially text banking and alerts
- **Online customer support**: Customer can apply online through the <u>Andera</u>-powered app, however there is no link to any online support options such as chat, IM, text, or even a web-based input form or old-school email address
- **Social aspects**: forums, reviews, blogs, or even testimonials (*note 4*)
- **Credit**: credit cards, line of credit, auto loans, and so on

The website design is impressive and very un-banklike, yet it lacks some basics:

- **No demo:** There are several Flash instructional videos that show most of the key features, but there is no all-encompassing demo for users that want to try it on before buying.
- **Lame homepage videos:** Granted, I'm not in the Gen Y target market so I could be wrong, but if I think the videos are lame, what do you think a 22-year-old will make of them? I say lose the "man on the street videos" or reshoot them in a less-scripted manner.
- **Extensive FAQs:** The FAQs need to be expanded 10-fold. Currently there are only 16 questions and answers, but with so many unique features that doesn't even come close to answering many basic questions, such as "are their account alerts?" or "what's the rate of interest on the reserve account (*note 3*)?", or "how long are transactions stored?"

**PNC Bank Virtual Wallet Homepage** (*14 July 2008*)

and tools provide .
AdWords- Find out

- NEW! Online Inve
social networking
investing?- Find o
- NEW! Searching f
Search engine mar
institutions- Find (
- Person-to-Person
service or market

PRODUCTS & SERVICI

- Compare CD (certi
interest rates and
at Bankaholic



RSS Subscribe
your email address

Most Recer

James commented on
& Quicken with PNC V



**Explanation of "Punch the Pig" savings feature**



**Notes:**

1. Deposits as of 31 Dec 2007; deposits were up 25% compared to $66 billion as of year-end 2006.

2. PNC has applied for a patent on the account and tools.

3. Eventually I did find a link to interest rates and fees on the "how to apply" page

4. See Online Banking Report on Social Personal Finance for more info

Comments (6)       Send Post                        BOOKMARK

# EXHIBIT
# G



# EXHIBIT
# H

Trademark Electronic Search System (TESS)                                              Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

[ Logout ]  Please logout when you are done to release system resources allocated for you.

[ Start ] **List At:**        OR [ Jump ] **to record:**        Record 2 out of 10

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 24.15.10 - Arrows, more than one; More than one arrow<br>24.15.25 - Other arrows<br>26.01.21 - Circles that are totally or partially shaded.<br>26.11.11 - Rectangles divided twice into three sections<br>26.11.12 - Rectangles with bars, bands and lines<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.11.25 - Rectangles with one or more curved sides |
| **Serial Number** | 77503749 |
| **Filing Date** | June 20, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, white, and orange is/are claimed as a feature of the mark. The mark consists of a stylized orange circle with a stylized oval divided into three segments, where the left segment consists of a white background, the middle segment consists of a blue rectangle with two opposite facing white arrows in the center and the right segment consists of a white background with orange diagonal stripes. |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | | |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                                                  Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:            OR  Jump  to record:        **Record 3 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  ( *Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | S |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.17.14 - Ampersands (&); At symbol (@); Brackets, punctuation; Commas; Diacritical marks; Exclamation points (! ¡); Punctuation marks; Question marks (?)<br>26.01.21 - Circles that are totally or partially shaded.<br>26.05.21 - Triangles that are completely or partially shaded |
| **Serial Number** | 77503758 |
| **Filing Date** | June 20, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, white, and **orange** is/are claimed as a feature of the mark. The mark consists of a stylized **orange** circle with a white exclamation point "!" positioned within an **orange** letter "S" centered in a white outlined blue triangle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

**Live/Dead Indicator**       LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout │ Please logout when you are done to release system resources allocated for you.

Start │ List At:        OR │ Jump │ to record:      **Record 4 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 01.01.03 - Star - a single star with five points<br>01.15.17 - Balloons, thought or speech; Clouds, thought or speech; Thought or speech clouds<br>26.01.02 - Circles, plain single line; Plain single line circles<br>26.01.20 - Circles within a circle<br>26.01.21 - Circles that are totally or partially shaded.<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.03 - Dotted line(s); Lines, dotted<br>26.17.07 - Heat, lines depicting; Lines depicting speed, propulsion, heat or wind; Propulsion, lines depicting; Speed, lines depicting; Wind, lines depicting<br>26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Serial Number** | 77503703 |
| **Filing Date** | June 20, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of** | The color(s) blue, **orange**, and white is/are claimed as a feature of the mark. The mark consists of a stylized **orange** |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Mark** | circle with a stylized shooting star positioned in the center of a white cloud, where the star is blue and the shooting component positioned to the left of the blue star consists of two stylized diagonal **orange** lines with four diagonal **orange** dots between the two **orange** lines, and two white circles positioned underneath the white cloud. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST

FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                                    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | Browse Dict | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:       **Record 5 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 15.07.01 - Cog wheels; Gears<br>24.17.03 - Dollar symbol ($)<br>26.01.07 - Circles with a decorative border, including scalloped, ruffled and zig-zag edges<br>26.01.18 - Circles, three or more concentric; Concentric circles, three or more; Three or more concentric circles<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 77503105 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, white, and orange is/are claimed as a feature of the mark. The mark consists of a stylized orange circle with a stylized blue circular saw blade containing a blue dollar sign "$" overlaying a white circle in the center of the blade. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)                                    Page 2 of 2

**Live/Dead
Indicator**          LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)    Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:        OR  Jump  to record:        **Record 6 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 20.03.24 - Bumper stickers; Calendars; Checks, bank; Coupons; Currency; Manuscript paper and sheet music; Menus; Money, paper; Music, sheet; Sheet music; Stickers, bumper; Tickets, paper; Trading cards<br>26.01.21 - Circles that are totally or partially shaded.<br>26.09.14 - Squares, three or more; Three or more squares<br>26.11.02 - Plain single line rectangles; Rectangles (single line)<br>26.11.27 - Oblongs not used as carriers for words, letters or designs |
| **Serial Number** | 77503101 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, white and **orange** is/are claimed as a feature of the mark. The mark consists of a stylized **orange** circle with a stylized calendar consisting of six blue rungs lining the top of the calendar, and seventeen **orange** squares and one blue square in the center of the calendar. |
| **Type of Mark** | SERVICE MARK |

Trademark Electronic Search System (TESS)                                                    Page 2 of 2

| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                     Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:       **Record 7 out of 10**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 02.11.02 - Eyes, human; Human eyes; Iris (eye)<br>19.01.07 - Billfolds; Wallets<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 77502620 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) orange, blue and white is/are claimed as a feature of the mark. The mark consists of a stylized orange circle with a stylized open wallet consisting of a white outline and orange background with a stylized white eye with a blue iris and white pupil in the middle of the wallet. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                                            Page 1 of 2


United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:            OR  Jump  to record:        Record 8 out of 10

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 20.03.03 - Envelopes<br>26.01.21 - Circles that are totally or partially shaded.<br>26.09.21 - Squares that are completely or partially shaded<br>26.11.21 - Rectangles that are completely or partially shaded<br>26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)<br>26.17.06 - Bands, diagonal; Bars, diagonal; Diagonal line(s), band(s) or bar(s); Lines, diagonal |
| **Serial Number** | 77502614 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, white and **orange** is/are claimed as a feature of the mark. The mark consists of a stylized **orange** circle with three white lines on the left side of the **orange** circle and a stylized white envelope containing two **orange** lines positioned diagonally near the middle of the white envelope, an **orange** rectangle in the upper right corner of the white envelope, and a stylized blue triangle with a white interior border positioned on the white envelope. |

Trademark Electronic Search System (TESS)                                                    Page 2 of 2

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                                    Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:           OR  Jump  to record:       Record 9 out of 10

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 20.03.05 - Bar code labels; Bingo cards; Cards, computer punch; Cards, credit; Cards, greeting; Cards, index; Cards, post cards; Charge cards; Christmas cards; Credit cards; File (index) cards; Greeting cards; Index cards; Postcards 20.03.09 - Pads, Writing; Paper, note; Paper, stacks of sheets; Tablets, paper 26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 77502588 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) blue, orange and white is/are claimed as a feature of the mark. The mark consists of a stylized orange circle with a stylized blue rectangle containing a white stripe and overlaying a stylized white piece of paper with six orange lines. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

**Live/Dead
Indicator**        LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jul 17 04:12:28 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At:        OR | Jump | to record:     Record 10 out of 10

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Financial and banking services; on-line banking services, on-line investment services, and on-line financial services; mobile banking, telephone banking and electronic banking; tools for managing financial, banking and investment accounts |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 03.07.09 - Boars; Hogs; Pigs; Pigs, boars<br>03.07.24 - Stylized bovines, deer, antelopes, goats, sheep, pigs, cows, bulls, buffalo, moose<br>21.01.25 - Airplanes, paper; Arcade games; Banks, toy; Darts; Disc, toy flying; Jack-in-the-box; Jacks (game); Noisemakers; Paper airplanes; Pinball machines; Rocking horse; Roulette wheels; Sand boxes (toys); Sand toys; Slot machines; Video game (handheld); Video game machines; Yoyos (yo-yos)<br>21.03.12 - Dart boards; Targets without crosshairs or alignment guides<br>26.01.21 - Circles that are totally or partially shaded. |
| **Serial Number** | 77502576 |
| **Filing Date** | June 19, 2008 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) The PNC Financial Services Group, Inc. CORPORATION PENNSYLVANIA 249 Fifth Avenue Pittsburgh PENNSYLVANIA 15222 |
| **Attorney of Record** | Robert J. Pugh |
| **Prior Registrations** | 1416898;1863311;2980693 |
| **Description of Mark** | The color(s) **orange**, blue and white is/are claimed as a feature of the mark. The mark consists of a stylized **orange** circle with a stylized white piggy bank in the center and two blue concentric circles in the center of the stylized piggy bank. |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT
# I



# EXHIBIT
# J



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ING BANK, fsb (d/b/a ING DIRECT), and
ING DIRECT BANCORP

**DEFENDANTS**

THE PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, NATIONAL ASSOCIATION, and PNC BANK,
DELAWARE

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
    (EXCEPT IN U.S. PLAINTIFF CASES) NEW CASTLE COUNTY, DELAWARE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Francis DiGiovanni
Chad S.C. Stover
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207, 1007 North Orange Street
Wilmington, Delaware 19899-2207
(302) 658-9141

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault. Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/CC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☒ 840 Trademark | ☐ 850 Securities/ Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA  (1395ff) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | | ☐ 730 Labor Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | **HABEAS CORPUS:** | ☐ 740 Labor Railway Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for trademark infringement, false designation of origin, unfair competition, trademark dilution, injury to business reputation, and unjust enrichment under federal, state, and common law.

## VII. REQUESTED IN

☐ CHECK IF THIS IS A CLASS ACTION    **DEMAND:** Amount of damages to be determined; preliminary and permanent injunctions sought.

**COMPLAINT:** ☐ UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY: (See instructions):

DATE

August 13, 2008

SIGNATURE OF ATTORNEY OF RECORD

/s/ Francis DiGiovanni

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

628951_1

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the

Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.        Example:        U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___ 2 ___ COPIES OF AO FORM 85.

_____
(Date forms issued)

X _____
(Signature of Party or their Representative)

X   Kevin Reinbold
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action