## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, NATIONAL ASSOCIATION and PNC BANK, DELAWARE <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFFS' RULE 7.1 DISCLOSURES

1. Plaintiff ING Bank fsb (d/b/a/ ING DIRECT), by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: ING DIRECT Bancorp, ING Direct NV, ING Bank NV, and ING Groep NV.

    b. *The identity of any publicly held corporation that owns 10% or more of its stock*: ING Direct Bancorp.

2. Plaintiff ING DIRECT Bancorp, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

    a. *The identity of any parent corporation*: ING Direct NV, ING Bank NV, and ING Groep NV.

    b. *The identity of any publicly held corporation that owns 10% or more of its stock*: ING Direct Bancorp.

2

Respectfully submitted,

 /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

Of Counsel:

Scott R. Miller
CONNOLLY BOVE LODGE & HUTZ LLP
333 South Grand Avenue, Ste. 2300
Los Angeles, CA  90071
(213) 787-2510
smiller@cblh.com

Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1990 M Street, N.W., Suite 800
Washington, D.C.  20036
(202) 331-7111

*Attorneys for Plaintiffs*

Dated: August 13, 2008