AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

**SUMMONS IN A CIVIL CASE**

ING BANK, fsb (d/b/a ING DIRECT), and
ING DIRECT BANCORP,

    Plaintiffs,
v.

CIVIL ACTION NO.: 0 8 - 5 1 4

THE PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, NATIONAL ASSOCIATION, and
PNC BANK, DELAWARE,

    Defendants.

TO:    THE PNC FINANCIAL SERVICES GROUP, INC.
      c/o Registered Agent
      Corporation Service Company
      2711 Centerville Road
      Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    Francis DiGiovanni, Esquire (#3189)
    Chad S.C. Stover, Esquire (#4910)
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, Delaware 19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Dr. Peter T. Dalleo                  8/13/08
CLERK                                              DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/14/08 |
| NAME OF SERVER (PRINT) JAMES BEATTY | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED THE PNC FINANCIAL SERVICES GROUP, INC C/O REGISTERED AGENT CORPORATION SERVICE CO; 2711 CENTERVILLE RD, WILM DE 19808 AT 2:30PM PERSON ACCEPTING: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/08
           Date

Signature of Server: [signed] James Beatty

Address of Server: 230 N MARKET ST, WILM DE 19801

580204

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.