AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

**SUMMONS IN A CIVIL CASE**

ING BANK, fsb (d/b/a ING DIRECT), and
ING DIRECT BANCORP,

        Plaintiffs,

    v.                                      CIVIL ACTION NO.: 08-514

THE PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, NATIONAL ASSOCIATION, and
PNC BANK, DELAWARE,

        Defendants.

TO:    PNC Bank, Delaware, a subsidiary of PNC Financial
         222 Delaware Avenue
         Wilmington, Delaware 19801

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS

        Francis DiGiovanni, Esquire (#3189)
        Chad S.C. Stover, Esquire (#4910)
        Connolly Bove Lodge & Hutz LLP
        The Nemours Building
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, Delaware  19899-2207

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Dr. Peter T. Dalleo                                      AUG 1 3 2008

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/14/08 |
| NAME OF SERVER (PRINT) Patrick Boyer | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served PNC Bank, Delaware at 222 Delaware Ave, Wilm DE 19801 at 12:37 PM Person Accepting: Donna Blevins

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/15/08
            Date

Signature of Server: [signed] Patrick Boyer

Address of Server: 230 N Market St, Wilm DE 19801

580204

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.