**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP,<br><br>                Plaintiffs,<br><br>     v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, NATIONAL ASSOCIATION and PNC BANK, DELAWARE<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-514 (GMS)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

      FRANCIS DIGIOVANNI, after first being duly sworn, on this 25th day of August, 2008, does depose and say:

      1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiffs in the above captioned action.

      2.    On August 15, 2008, I caused a copy of the Complaint, the Summons for nonresident defendant PNC Bank, National Association, and letter addressed to nonresident defendant PNC Bank, National Association, and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail, to defendant PNC Bank, National Association, pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A."

3. The package referenced in paragraph 2, was received by PNC Bank, National Association and signed for on August 21, 2008. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B."

_____
Francis DiGiovanni (#3189)

Sworn to and subscribed before me this 25th day of August, 2008.

_____
NOTARY PUBLIC

HEATHER GIBBONS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 20, 2009

630446_1

2

# EXHIBIT A

| Registered No. RB972232613 US | Date Stamp |
|---|---|
| Reg. Fee 10. | |
| Handling Charge $0.00 | Return Receipt 2. |
| Postage 4.80 | Restricted Delivery $0.00 |
| Received by [signature] | AUG 15 2008 |
| Customer Must Declare Full Value $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL

FROM:
Frank DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899

TO:
PNC Bank, National Association
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222-2707

FD: 15039*6

PS Form 3806, May 2007 (7530-02-000-9051)   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Tamasia Armur* ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>Tamasia Armur |
| 1. Article Addressed to:<br><br>NC Bank, National Association<br>One PNC Plaza<br>249 Fifth Avenue<br>Pittsburgh, PA 15222-2707<br>FD: 15039*6 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | RB 972 232 613 US |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540