IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT) and ING DIRECT BANCORP, <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, NATIONAL ASSOCIATION, and PNC BANK, DELAWARE, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 08-514-GMS ) ) ) ) ) ) |

## DEFENDANTS' RULE 7.1 DISCLOSURES

Pursuant to Fed. R. Civ. P. 7.1, Defendants The PNC Financial Services Group, Inc., PNC Bank, National Association, and PNC Bank, Delaware, through their counsel, make the following disclosures:

1. Defendant The PNC Financial Services Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. The PNC Financial Services Group, Inc. is the parent company of PNC Bank, National Association. The PNC Financial Services Group, Inc. is a publicly held company that owns 10% or more of PNC Bank, National Association's stock.

3. The PNC Financial Services Group, Inc. is the parent company of PNC Bank, Delaware. The PNC Financial Services Group, Inc. is a publicly held company that owns 10% or more of PNC Bank, Delaware's stock.

OF COUNSEL:

Douglas A. Rettew
Danny M. Awdeh
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)

Dated: September 3, 2008

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
Whetzel@rlf.com
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700 (phone)

*Attorneys for Defendants*
*The PNC Financial Services Group, INC., PNC Bank, National Association, and PNC Bank, Delaware*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

I hereby certify that on September 3, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

| | |
|---|---|
| Scott R. Miller<br>Connolly Bove Lodge & Hutz LLP<br>333 South Grand Avenue, Suite 2300<br>Los Angeles, CA  90071 | Jennifer Fraser<br>Connolly Bove Lodge & Hutz LLP<br>1990 M Street, N.W., Suite 800<br>Washington, DC  20036 |

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com