IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT), and ING DIRECT BANCORP, <br><br> Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, NATIONAL ASSOCIATION and PNC BANK, DELAWARE <br><br> Defendants. | C.A. No. 08-514 (GMS) <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Scott R. Miller and Jennifer Fraser to represent ING Bank, fsb (d/b/a ING DIRECT) and ING DIRECT Bancorp in this matter.

Dated: September 5, 2008

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19899
Phone (302) 658-9141
fdigiovanni@cblh.com
cstover@cblh.com

*Attorneys for ING Bank, fsb (d/b/a ING DIRECT) and ING DIRECT Bancorp*

2

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 29, 2008

_____
Scott R. Miller

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: September 3, 2008

/s/ Jennifer Fraser
_____
Jennifer Fraser
CONNOLLY BOVE LODGE & HUTZ LLP
1875 Eye Street, NW, Ste. 1100
Washington, DC  20006
(202) 331-7111
email: jfraser@cblh.com

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on September 5, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Robert W. Whetzel
> Frederick L. Cottrell, III
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801
>
> Douglas A. Rettew
> Danny M. Awdeh
> Finnegan, Henderson, Farabow, Garrett & Dunner LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001-4413

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)

3