IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ING BANK, fsb (d/b/a ING DIRECT) and, <br> ING DIRECT BANCORP, <br>           Plaintiffs, <br><br> v. <br><br> THE PNC FINANCIAL SERVICES GROUP, INC., <br> PNC BANK, NATIONAL ASSOCIATION, and <br> PNC BANK, DELAWARE <br><br>           Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. No. 08-514-GMS-LPS <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **9th** day of **July, 2009**,

Having reviewed the parties' joint letter of July 7, 2009 (D.I. 182) regarding discovery issues initially discussed during a June 23, 2009 teleconference (D.I. 167),

IT IS HEREBY ORDERED THAT:

1. ING shall designate a Rule 30(b)(6) witness or witnesses to "testify about information known or reasonably available" to ING about the ING documents attached to the July 7, 2009 letter as Exhibits A, B, and C. Such deposition or depositions shall be limited to a total of no more than two hours and shall be held at a mutually convenient time and location no later than July 24, 2009.

2. To the extent either party is seeking any additional relief in the July 7, 2009 letter, such requests are DENIED.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
United States Magistrate Judge